ALICE J. FINK, an Infant, by JOHN R. FINK, Her Guardian ad Litem, et al., Respondents, *v.* JACK W. THOMPSON, Appellant, et al., Defendants.

Submitted May 14, 1945; decided May 24, 1945.

*David S. Hill, Jr.,* upon special appearance, for motion.
*Charles A. Gill* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.